Javen KIERNAN, Plaintiff—Appellant,

v.

P. MCKINLEY, R.N.; Layton Lester,
Warden, Defendants—Appellees.

No. 09–7551.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 30, 2009.

Javen Kiernan, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and AGEE, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Javen Kiernan appeals the district
court's order dismissing with prejudice his
42 U.S.C. § 1983 (2006) complaint. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*See Kiernan v. McKinley,* No. 1:09–cv–
00387–LMB–TCB, 2009 WL 2175639
(E.D.Va. July 20, 2009). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*